STATE of Wisconsin,
Plaintiff-Respondent-Petitioner,

v.

Peter A. FONTE, Defendant-Appellant.

Supreme Court

*No. 2003AP2097–CR. Decided October 21, 2005.*

2005 WI 145

(Also reported in 704 N.W.2d 912.)

¶ 1. PER CURIAM. The defendant, Peter A. Fonte, moves the court to withdraw and reconsider its

opinion in *State v. Fonte,* 2005 WI 77, 281 Wis. 2d 654, 698 N.W.2d 594. Fonte contends that the court (1) made a factual error in footnote nine of its opinion; (2) should further address the court of appeals' rationale for granting relief in favor of Fonte; and (3) should "reconsider its conclusion that evidence of Fonte's aliases did not harm his defense because the nature of his crime was accidental rather than intentional."

¶ 2.   To clarify the opinion, we modify ¶ 29, footnote 9, to read as follows:

[9] The jury heard expert testimony that Fonte had a blood alcohol level at the time of the accident of at least 0.122.

¶ 3.   The motion for reconsideration is denied without costs.

¶ 4.   N. PATRICK CROOKS, J., did not participate.